**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN P. WALOVICH, SB# 88271
  E-Mail: walovich@lbbslaw.com
ALISON YEW, SB# 173158
  E-Mail: yew@lbbslaw.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants
BIRD BRAIN, INC. and
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN NICODEMUS, | Case No.: 3:12-cv-04430-MMC |
| Plaintiffs, | *Case Assigned To Hon. Maxine M. Chesney Courtroom 7* |
| vs. | |
| BIRD BRAIN, INC.; TARGET CORPORATION; and DOES 1 to 10, | **STIPULATION AND ORDER SETTING ASIDE DEFAULT TAKEN AGAINST DEFENDANT BIRD BRAIN, INC. [Doc. #16]** |
| Defendants. | Complaint Filed:   August 23, 2012 |

Plaintiff KRISTEN NICODEMUS and Defendant BIRD BRAIN, INC. (collectively, the "Parties") by and through their respective counsel of record, hereby stipulate and jointly agree to the following:

  1. Plaintiff withdraws her motion for entry of default, filed on October 11, 2012. [Doc. #15.]

  2. The Parties request the Court set aside the default that has been taken against Bird Brain, Inc. on October 12, 2012 [Doc. #16];

  2. Defendant Bird Brain, Inc. will file an answer within 10 days from the date of the Court's approval of this stipulation and entry of order setting aside the October 12, 2012 default.

4830-0935-3233.1            1            3:12-cv-04430-MMC
STIPULATION AND ORDER SETTING ASIDE DEFAULT TAKEN AGAINST DEFENDANT BIRD BRAIN, INC. [DOC #16]

IT IS SO STIPULATED.

DATED: November 9, 2012            ANDRUS ANDERSON LP

By: /s/ *Lori Andrus*
Lori Andrus
Attorneys for Plaintiff Kristen Nicodemus

DATED: November 9, 2012            LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *John P. Walovich*
John P. Walovich
Attorneys for Defendants Bird Brain, Inc. and Target Corporation

Based upon the foregoing Stipulation, and good cause appearing, the Court hereby orders as follows:

1. The aforesaid Stipulation is approved by the Court.

2. Plaintiff's Motion for Entry of Default [Doc. # 15] is hereby deemed to be withdrawn.

3. The October 12, 2012, Entry of Default against Bird Brain, Inc. [Doc. #16] is hereby set aside in conformity with Rule 55(c) of the Federal Rules of Civil Procedure.

4. Bird Brain, Inc. shall answer Plaintiff's Complaint within 10 days of the date of entry of this Order upon the Court's docket.

IT IS SO ORDERED.

Dated: November 14, 2012

_____
Judge of United States District Court



4830-0935-3233.1                              2                        3:12-cv-04430-MMC
STIPULATION AND ORDER SETTING ASIDE DEFAULT TAKEN AGAINST DEFENDANT BIRD BRAIN, INC.
[DOC #16]