AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

KRISTEN NICODEMUS,
                  Plaintiff (s),

V.

BIRD BRAIN, INC.; TARGET CORPORATION
                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 12-4430 ~~JCS~~ MMC

Notice is hereby given that, subject to approval by the court, **TARGET CORPORATION** substitutes
(Party (s) Name)

**JOHN P. WALOVICH, ESQ.**, State Bar No. **88271** as counsel of record in
(Name of New Attorney)

place of **GAIL C. TRABISH, ESQ.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: JOHN P. WALOVICH, ESQ.
    Address: Lewis Brisbois Bisgaard & Smith LLP, 333 Bush St., Ste 1100, San Francisco, CA 94104
    Telephone: (415) 362-2580    Facsimile (415) 434-0882
    E-Mail (Optional): walovich@lbbslaw.com

I consent to the above substitution.
Date: 11/8/12

I consent to being substituted.
Date: 11/8/12

I consent to the above substitution.
Date: 11/8/12

TARGET CORPORATION

WILLIAM THOM
(Signature of Party (s))

GAIL C. TRABISH, ESQ.
(Signature of Former Attorney (s))

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: November 14, 2012

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]