AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

KRISTEN NICODEMUS
                Plaintiff(s),
V.
BIRD BRAIN, INC.; TARGET CORPOATION
                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-12-4430 MMC

Notice is hereby given that, subject to approval by the court, __BIRD BRAIN, INC.__ substitutes
(Party (s) Name)

__JOHN P. WALOVICH, ESQ.__, State Bar No. __88271__ as counsel of record in
(Name of New Attorney)

place of __Julian Pardini/Shawn Toliver of LEWIS BRISBOIS BISGAARD & SMITH__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
    Address: 49 Stevenson Street, Suite 400, San Francisco, CA 94105
    Telephone: (415) 227-9455   Facsimile: (415) 227-4255
    E-Mail (Optional): jwalovich@edpllaw.com

I consent to the above substitution.
Date: 1-16-13

BIRD BRAIN, INC.
CHRISTINE KING
(Signature of Party (s))

I consent to being substituted.
Date: 1/16/2013

JULIAN PARDINI/SHAWN TOLIVER
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1-16-13

John P. Walovich
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 17, 2013

Maxine M. Chesney
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]