AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

KRISTEN NICODEMUS
          Plaintiff(s),

v.

BIRD BRAIN, INC.; TARGET CORPOATION
          Defendant(s),

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

CASE NUMBER: CV-12-4430 MMC

Notice is hereby given that, subject to approval by the court, **BIRD BRAIN, INC.** substitutes (Party(s) Name)

**JOHN P. WALOVICH, ESQ.** (Name of New Attorney), State Bar No. **88271**, as counsel of record in place of **Julian Pardini/Shawn Toliver of LEWIS BRISBOIS BISGAARD & SMITH** (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Address: 49 Stevenson Street, Suite 400, San Francisco, CA 94105
Telephone: (415) 227-9455  Facsimile: (415) 227-4255
E-Mail (Optional): jwalovich@edptlaw.com

I consent to the above substitution.
Date: 1-16-13

BIRD BRAIN, INC.
/s/ Christine King
CHRISTINE KING
(Signature of Party(s))

I consent to being substituted.
Date: 1/16/2013

JULIAN PARDINI/SHAWN TOLIVER
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 1-16-13

John P. Walovich
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: January 17, 2013

Maxine M. Chesney
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]