IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRISTEN NICODEMUS,

    Plaintiff,

  v.

BIRD BRAIN, INC., et al.,

    Defendants

                                   /

No. C 12-4430 MMC

**ORDER OF DISMISSAL**

       The parties having advised the Court they have agreed to a settlement of this cause (see Civil Minute Order filed February 26, 2013),

       IT IS HEREBY ORDERED that plaintiff's claims alleged against defendants herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within forty-five (45) days, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.

       **IT IS SO ORDERED.**

Dated: February 26, 2013

                                                               MAXINE M. CHESNEY
                                                               United States District Judge